**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-33354-ABG |
| | § | |
| ELIZABETH BARCZYK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $90,000.00 | Assets Exempt: | $6,800.00 |
| Total Distributions to Claimants: | $2,196.25 | Claims Discharged Without Payment: | $23,042.68 |
| Total Expenses of Administration: | $803.75 | | |

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $96,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $803.75 | $803.75 | $803.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $24,297.00 | $22,436.93 | $22,436.93 | $2,196.25 |
| **Total Disbursements** | $120,297.00 | $23,240.68 | $23,240.68 | $3,000.00 |

   4). This case was originally filed under chapter 7 on 08/22/2012.  The case was pending for 32 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 04/08/2015            By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| US Bank | 1110-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $3,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $96,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $96,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.18 | $3.18 | $3.18 |
| Green Bank | 2600-000 | NA | $50.57 | $50.57 | $50.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $803.75 | $803.75 | $803.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 7100-900 | $17,454.00 | $18,343.59 | $18,343.59 | $1,795.57 |
| 2 | Discover Bank | 7100-900 | $1,037.00 | $1,037.00 | $1,037.00 | $101.51 |
| 3 | Asset Acceptance | 7100-900 | $3,004.00 | $3,056.34 | $3,056.34 | $299.17 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | LLC assignee VALUE CITY FURN | | | | |
| | World Financial Bank | 7100-000 | $2,802.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,297.00 | $22,436.93 | $22,436.93 | $2,196.25 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-33354-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BARCZYK, ELIZABETH | Date Filed (f) or Converted (c): | 08/22/2012 (f) |
| For the Period Ending: | 4/8/2015 | §341(a) Meeting Date: | 10/23/2012 |
| | | Claims Bar Date: | 03/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1629 W Greenleaf Apt 305 Chicago, IL 60626 | $90,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Chase | $0.00 | $0.00 | | $0.00 | FA |
| 4 | US Bank | $3,337.37 | $1,137.37 | | $3,000.00 | FA |
| **Asset Notes:** | Debtor paying on asset. | | | | | |
| 5 | Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 7 | 2002 Mazda 626 | $3,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$97,937.37     $1,137.37     $3,000.00     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/07/2014 | Stipulation settlement sum paid in full. TFR to be prepared. |
| 12/18/2013 | Tax Intercept Completed |
| 06/25/2013 | Debtor making monthly payments RE: non-exempt equity on Debtor's bank account. |
| 03/29/2013 | The motion for turnover has been continued to 4/3/13 – David would like an agreed order setting forth the payment plan as provided below. Is this something that can be entered on the Turnover Order or do we need an actual agreed order to be submitted for that date? |
| 03/21/2013 | The trustee agreed to $3,000.00 settlement to be paid over 6 months at $500.00 per month. The first payment should begin April 30, 2013 and each month their after until paid in full. |
| 02/28/2013 | Debtor has $5955.62 on the date of the petition. Make finding of assets intercepts tax refund - demand of turnover of funds on the date of filing. Motion to Turnover filed - DA proposed $3000.00 to resolve our objection - Will possibly counter $4800.00 to be paid back over one year |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2014 | DAVID LEIBOWITZ |

Case 12-33354  Doc 39  Filed 04/27/15  Entered 04/27/15 11:34:36  Desc Main
Document      Page 6 of 8

FORM 2

Page No: 1
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-33354-ABG | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BARCZYK, ELIZABETH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2157 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/22/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2013 | (4) | Elizabeth Barczyk | 1st Payment | 1110-000 | $250.00 | | $250.00 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.15 | $249.85 |
| 06/17/2013 | (4) | ELIZABETH BARCZYK | Payment | 1110-000 | $250.00 | | $499.85 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.52 | $499.33 |
| 07/15/2013 | (4) | ELIZABETH BARCZYK | Payment | 1110-000 | $250.00 | | $749.33 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.00 | $748.33 |
| 08/20/2013 | (4) | ELIZABETH BARCZYK | Payment | 1110-000 | $250.00 | | $998.33 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.44 | $996.89 |
| 09/18/2013 | (4) | ELIZABETH BARCZYK | Payment | 1110-000 | $250.00 | | $1,246.89 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $1,245.44 |
| 10/15/2013 | (4) | ELIZABETH BARCZYK | Payment | 1110-000 | $250.00 | | $1,495.44 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.80 | $1,493.64 |
| 11/20/2013 | (4) | Elizabeth Barczyk | Payment on bank account | 1110-000 | $250.00 | | $1,743.64 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.48 | $1,741.16 |
| 12/18/2013 | (4) | Elizabeth Barczyk | Payment | 1110-000 | $250.00 | | $1,991.16 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.87 | $1,988.29 |
| 01/17/2014 | (4) | Elizabeth Barczyk | settlement Payment | 1110-000 | $250.00 | | $2,238.29 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.58 | $2,234.71 |
| 02/20/2014 | (4) | Elizabeth Barczyk | Payment | 1110-000 | $250.00 | | $2,484.71 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.38 | $2,481.33 |
| 03/19/2014 | (4) | Elizabeth Barczyk | Payment | 1110-000 | $250.00 | | $2,731.33 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.90 | $2,727.43 |
| 04/16/2014 | (4) | Elizabeth Barczyk | Payment | 1110-000 | $250.00 | | $2,977.43 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.42 | $2,973.01 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.95 | $2,968.06 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.48 | $2,963.58 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.78 | $2,958.80 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.92 | $2,953.88 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.45 | $2,949.43 |
| 02/05/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $2,199.43 |
| 02/05/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.18 | $2,196.25 |
| 02/05/2015 | 3003 | Cavalry Portfolio Services | Claim #: 1; Amount Claimed: 18,343.59; Amount Allowed: 18,343.59; Distribution Dividend: 9.79; | 7100-900 | | $1,795.57 | $400.68 |
| 02/05/2015 | 3004 | Discover Bank | Claim #: 2; Amount Claimed: 1,037.00; Amount Allowed: 1,037.00; Distribution Dividend: 9.79; | 7100-900 | | $101.51 | $299.17 |
| 02/05/2015 | 3005 | Asset Acceptance LLC assignee VALUE CITY | Claim #: 3; Amount Claimed: 3,056.34; Amount Allowed: 3,056.34; Distribution Dividend: 9.79; | 7100-900 | | $299.17 | $0.00 |

| | | | | **SUBTOTALS** | $3,000.00 | $3,000.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| Case No. | 12-33354-ABG | | Trustee Name: | David Leibowitz |
| Case Name: | BARCZYK, ELIZABETH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2157 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/22/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,000.00 | $3,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $3,000.00 | |

**For the period of 8/22/2012 to 4/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/20/2013 to 4/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-33354-ABG | |
| **Case Name:** | BARCZYK, ELIZABETH | |
| **Primary Taxpayer ID #:** | **-***2157 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/22/2012 | |
| **For Period Ending:** | 4/8/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 8/22/2012 to 4/8/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/22/2012 to 4/8/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |